**Rollan STANLEY, Appellant,**

v.

**BF & B ENTERPRISES, INC.; Labor and Industrial Relation Commission; Division of Employment BU; Appellees.**

No. 01–3773.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2002.

Decided Feb. 11, 2002.

Before HANSEN, Chief Judge, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Rollan Stanley appeals the district court's pre-service dismissal of his 42 U.S.C. § 1983 action as frivolous. Having carefully reviewed the record, we conclude

---

the dismissal was proper. Accordingly, we affirm. *See* 8th Circuit Rule 47A(a).

A true copy.